Russell Gene **COLDIRON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 62388.

Missouri Court of Appeals, Western District.

May 28, 2004.

Amy M. Bartholow, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., EDWIN H. SMITH and HOWARD, JJ.

### *ORDER*

PER CURIAM.

Coldiron appeals from the denial of his Rule 24.035 motion to vacate sentences he received after pleading guilty to Driving While Intoxicated and Driving With a Revoked license. He claims he is entitled to relief for ineffective assistance of counsel in improperly advising him of his previous record, and for the motion court's failure to adequately make findings and conclusions which inhibited his appeal. The judgment is affirmed. Rule 84.16(b).